

# PENALTY PAGE

**CASE STYLE:** UNITED STATES v. DANIEL HOLIFIELD

**DEFENDANT:** DANIEL HOLIFIELD (ALL COUNTS)

**USAO NO.** 23R00505

**AUSA:** Kasee Heisterhagen

**CODE VIOLATIONS:**

**COUNTS 1-10:** 18 USC § 1344(2), Bank Fraud

**COUNT 11:** 18 USC § 1957, Money Laundering

**COUNTS 12-14:** 26 USC § 7201, Tax Evasion

**PENALTIES:**

**COUNTS 1-10:** 30 yrs / $1,000,000 / 5 yrs SRT / $100 SA

**COUNT 11:** 20 yrs / $500,000 or twice the value of funds involved, whichever is greater / 3 yrs SRT / $100 SA

**COUNTS 12-14:** 5 yrs / $250,000 / 3 yrs SRT / $100 SA

**FORFEITURE NOTICE:** Forfeiture of Property